a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DASHONE MARCEL REYNOLDS #704241, Plaintiff | CIVIL DOCKET NO. 1:23-CV-00057 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| MARCUS MYERS ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a civil rights Complaint filed under 42 U.S.C. § 1983 by pro se Plaintiff Dashone Marcel Reynolds ("Reynolds"). Reynolds is incarcerated at the Raymond Laborde Correctional Center ("RLCC") in Cottonport, Louisiana. He names as Defendants Warden Marcus Myers and Deputy Warden Keith Turner.

To determine if Raymond is entitled to relief, he must AMEND the Complaint.

I. Background

Raymond alleges that Defendants "tampered with" his legal mail when he arrived at RLCC. ECF No. 3 at 3. He informed a deputy that he was missing certain items but was "denied administrative relief." *Id.*

Raymond also alleges that his hair was cut despite his intake sheet indicating he was Muslim. *Id.*

## II. Law and Analysis

Pursuant to Rule 8(a)(2) of the Federal Rules of Civil Procedure, a pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." The pleading standard that Rule 8 announces does not require "detailed factual allegations," but demands more than an "unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009) (citations omitted). A pleading that offers "labels and conclusions" or "a formulaic recitation of the elements of a cause of action will not do." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Raymond seeks monetary damages, but he does not allege how each Defendant violated his constitutional rights or what injury he suffered. Thus, Raymond must amend and state:

(1) the name of EACH person who allegedly violated his constitutional rights;

(2) a description of what EACH Defendant did to violate his rights;

(3) the date(s) that EACH alleged violation occurred;

(4) a description of the injury sustained from EACH alleged violation.

## III. Conclusion

Because Raymond must provide additional information to support his claims, IT IS ORDERED that he AMEND the Complaint within 30 days of the date of this Order.

Failure to comply with this Order may result in dismissal of this action under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure. Petitioner is further

required to notify the Court of any change in his address under Rule 41.3 of the Local Rules for the Western District of Louisiana.

SIGNED on Wednesday, May 31, 2023.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE