**[1]UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DASHONE MARCEL REYNOLDS #704241** | **CIVIL ACTION NO. 23-cv-057 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARCUS MYERS ET AL** | **MAG. JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 20] previously filed herein, and having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** Plaintiff Dashone Marcel Reynolds' ("Reynolds") claims are **DISMISSED WITHOUT PREJUDICE** because of Reynolds' failure to comply with the Court's Order [Doc. No. 19] to amend his Complaint [Doc. No. 3].

MONROE, LOUISIANA, this the 29th day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE